**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6774

CLIFFORD LESTER,

              Petitioner - Appellant,

        v.

K. J. WENDT, Warden,

              Respondent - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Frederick P. Stamp, Jr.,
Senior District Judge.  (1:04-cv-00247)

Submitted:  September 11, 2008     Decided:  September 15, 2008

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clifford Lester, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifford Lester, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Lester v. Wendt</u>, No. 1:04-cv-00247 (N.D.W. Va. Dec. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>